___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. SA CV03-00633-CJC                               Date: May 18, 2003

Title: RAYNESHA SHAMBURGER V. CITY OF LOS ANGELES, ET AL.,
========================================================================
PRESENT: HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Cynthia Salyer | Not Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                           None Present

PROCEEDINGS:            **IN CHAMBERS**

The Court hereby dismiss plaintiff(s) complaint or count-complaint against defendant(s) DOES (325).

Pursuant to rule 15 of the Federal Rules of Civil Procedure, a party may amend, or request leave to amend, its pleadings in the event additional parties are necessary to the action. (ENT) NO JS-6.



ENTERED ON ICMS
MAY 2 3 2003
CV

MINUTES FORM 11                                        Initials of Deputy Clerk ___
CIVIL – GEN