_____ ✓ Priority
_____ ✓ Send
_____ Clsd
_____ Enter
_____ JS-5 JS-6
_____ JS-2/JS-3

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 03-00633 CJC (AJWx)                    Date: June 2, 2003

Title: <u>RAYNESHA SHAMBURGER, et al. v. CITY OF LOS ANGELES, et al.</u>

| DOCKET ENTRY: | NOTICE OF PERMANENT CHANGE IN COURT'S LOCATION |
|---|---|

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| <u>Cynthia Salyer</u> | <u>N/A</u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:

None Present                              None Present

**PROCEEDINGS: (IN CHAMBERS)**

Effective **June 30, 2003,** Judge Cormac J. Carney and his judicial staff will be permanently located at the United States District Court - Santa Ana, 411 West Fourth Street, Santa Ana, CA, 92701. Counsel are encouraged to review the Central Districts's Website "http://www.cacd.uscourts.gov" for additional information.

Commencing June 23, 2003, all subsequent pleadings **must** be filed in Santa Ana.

All hearings and other court appearances previously scheduled to take place after June 30, 2003, will be held in Courtroom 9B in Santa Ana at the designated date and time.

cc:   All Parties of Record

MINUTES FORM 11
CIVIL-GEN



ENTERED ON ICMS

JUN - 3 2003

CV

Initials of Deputy Clerk 

35