```
 1  ROCKARD J. DELGADILLO, City Attorney (SBN 125465)
    GARY G. GEUSS, Assistant City Attorney
 2  CORY M. BRENTE, Assistant City Attorney
    GEOFFREY PLOWDEN, Deputy City Attorney (SBN 146602)
 3  200 North Main Street
    6th Floor, City Hall East
 4  Los Angeles, California 90012-4130
    Telephone:  (213) 978-7038
 5  Facsimile:  (213) 978-8785

 6  Attorneys for Defendants CITY OF LOS ANGELES, KEVIN CHAPPLE and JOHN
    LAWRENCE
 7
```

Priority ✓
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

SACV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNESHA L. SHAMBURGER, a minor by and through her Guardian ad Litem, JOY SUTTON, ARTHUR SHAMBURGER, by his successor-in-interest, RAYNESHA L. SHAMBURGER, by her Guardian a Litem, and RODERICK CARR and YADDIRA GONZALES, individuals<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. ~~CV-01-09461-CJC (AJWx)~~ SA-03-633-CJC-<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS KEVIN CHAPPLE AND JOHN LAWRENCE AND OF THE SECOND AND FOURTH THROUGH NINTH CAUSES OF ACTION OF PLAINTIFFS' COMPLAINT |

**IT IS HEREBY STIPULATED** by and between the Plaintiffs RAYNESHA L. SHAMBURGER, a minor by and through her Guardian ad Litem, JOY SUTTON, ARTHUR SHAMBURGER, by his successor-in-interest, RAYNESHA L. SHAMBURGER, by her Guardian a Litem, and RODERICK CARR and YADDIRA GONZALES, individuals and Defendants CITY OF LOS ANGELES, KEVIN CHAPPLE and JOHN LAWRENCE, through their designated counsel as follows:

\\\\
\\\\

That the Defendants KEVIN CHAPPLE and JOHN LAWRENCE be dismissed without prejudice and that the Second and Fourth through Ninth Causes of Action of Plaintiffs' Complaint be dismissed without prejudice.

Dated: May 29, 2003  **ROCKARD J. DELGADILLO**, City Attorney
**GARY G. GEUSS**, Assistant City Attorney
**CORY M. BRENTE**, Deputy City Attorney

By _____
**GEOFFREY PLOWDEN**
Deputy City Attorney

Attorneys for Defendants CITY OF LOS ANGELES, KEVIN CHAPPLE and JOHN LAWRENCE

Dated: June 10, 2003  LAW OFFICES OF GARY S. CASSELMAN

By: _____
**GARY S. CASSELMAN**

Attorneys for Plaintiffs RAYNESHA L. SHAMBURGER, RODERICK CARR and YADDIRA GONZALES

2

1 | **ROCKARD J. DELGADILLO**, City Attorney (SBN 125465)
**GARY G. GEUSS**, Assistant City Attorney
2 | **CORY M. BRENTE**, Assistant City Attorney
**GEOFFREY PLOWDEN**, Deputy City Attorney (SBN 146602)
3 | 200 North Main Street
6th Floor, City Hall East
4 | Los Angeles, California 90012-4130
Telephone: (213) 978-7038
5 | Facsimile: (213) 978-8785

6 | Attorneys for Defendants CITY OF LOS ANGELES, KEVIN CHAPPLE and JOHN LAWRENCE

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNESHA L. SHAMBURGER, a minor by and through her Guardian ad Litem, JOY SUTTON, ARTHUR SHAMBURGER, by his successor-in-interest, RAYNESHA L. SHAMBURGER, by her Guardian a Litem, and RODERICK CARR and YADDIRA GONZALES, individuals<br><br>*Plaintiffs,*<br><br>vs.<br><br>CITY OF LOS ANGELES, and DOES 1 through 25, inclusive,<br><br>*Defendants.* | CASE NO. CV 01-09461 CJC (AJWx)<br><br>[PROPOSED] **ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS KEVIN CHAPPLE AND JOHN LAWRENCE AND OF THE SECOND AND FOURTH THROUGH NINTH CAUSES OF ACTION OF PLAINTIFFS' COMPLAINT** |

The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the Defendants KEVIN CHAPPLE and JOHN LAWRENCE be dismissed without prejudice and that the Second and Fourth through Ninth Causes of Action of Plaintiffs' Complaint be dismissed without prejudice.

Dated: 7/28/03

_____
DISTRICT COURT JUDGE

3

*Shamburger v. City of Los Angeles*

**PROOF OF SERVICE**
(Via Various Methods)

I, MARIA CRUZ, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, 6th Floor, City Hall East, Los Angeles, California, which is located in the county where the mailing described below took place.

On 7/25/03, I served the foregoing document described as:

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS KEVIN CHAPPLE AND JOHN LAWRENCE AND OF THE SECOND AND FOURTH THROUGH NINTH CAUSES OF ACTION OF PLAINTIFFS' COMPLAINT**

on all interested parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

Gary S. Casselman, Esq.  
Law Offices of Gary S. Casselman  
3415 South Sepulveda Blvd., Ste. 370  
Los Angeles, CA 90034

**Attorneys for plaintiff**  
PH: (310) 478-8388  
FX: (310) 390-4533

[ ] BY PERSONAL SERVICE - ( ) I delivered by hand, or ( ) I caused to be delivered by via messenger service, such envelope to the offices of the addressee with delivery time prior to 5:00 p.m. on the date specified above.

[ ] BY FACSIMILE TRANSMISSION TO:
I caused such documents to be transmitted to the offices of the addressee via facsimile machine, prior to 5:00 p.m. on the date specified above. The facsimile machine I used was in compliance with Rule 2003(3) and the transmission was reported as complete without error. Pursuant to Rule 2008(e), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

[ XX ] BY MAIL - I thereafter caused such envelope to be deposited in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on 7/25/03, at Los Angeles, California.

MARIA CRUZ