**ORIGINAL**

ENTERED AUG 25 2004 CLERK US DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SANTA ANA OFFICE

LODGED AUG - 2 2004 CLERK, US DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA

FILED CLERK, US DISTRICT COURT AUG 23 2004 CENTRAL DISTRICT OF CALIFORNIA

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNESHA SHAMBURGER, et al  Plaintiffs  vs  CITY OF LOS ANGELES, et al  Defendants | CASE NO SACV-03-633/CJC  [PROPOSED] ORDER APPROVING SETTLEMENT OF CLAIM OF MINOR PLAINTIFF RAYNESHA SHAMBURGER, |

**GOOD CAUSE APPEARING**, it is hereby ordered as follows

The claim of Minor RAYNESHA SHAMBURGER for settlement is approved Guardian ad litem Joy Sutton shall, with assistance of counsel, place $45,000 00 (FORTY FIVE THOUSAND DOLLARS), the Minor plaintiff's settlement monies in this action in an F D I C, insured, blocked and interest bearing account(s) with instructions to maintain such trust account(s) until withdrawal by the beneficiary Raynesha Shamburger after age 18

////
////
////

NOTICE OF MOTION AND MOTION TO APPROVE MINOR'S COMPROMISE

Any modification of this order or special request for withdrawal must be approved by the Court only upon showing of good cause and in the best interests of the Minor

**IT IS SO ORDERED.**

Dated August 23, 2004

Hon CORMAC CARNEY,
U S DISTRICT COURT JUDGE

Submitted by
Law Offices of Gary S Casselman
3415 S Sepulveda Blvd , Ste 370
Los Angeles CA 90034
310/390-4406
Attorneys for Plaintiffs
Case No CV03-633CJC

---

NOTICE OF MOTION AND MOTION TO APPROVE MINOR'S COMPROMISE